UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MORAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. DUTRA, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO.   1:11-cv-914-LJO-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE ON DEFENDANTS<br><br>(ECF No. 8) |

　　　　Plaintiff Nicholas Moran ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Before the Court is Plaintiff's "Motion/Request for Status of Service to Defendants".  (ECF No. 8.)  Plaintiff alleges that he filed this action on June 1, 2011, and that he has not received any notice regarding whether or not Defendants have been served.

　　　　The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).  The Court will direct the United States Marshal to serve Plaintiff's Complaint only after the Court has screened the Complaint and determined that it contains cognizable claims for relief against the named Defendants.

///

1   The Court is aware of Plaintiff's action and his Compliant is in line for screening.
2 However, the Court has a large number of prisoner civil rights cases pending before it and
3 will screen Plaintiff's Complaint in due course.  Until such time as the Court has screened
4 Plaintiff's Complaint, no further action is required.
5   Accordingly, Plaintiff's Motion/Request for Status of Service to Defendants  (ECF
6 No. 8) is DENIED.

8 IT IS SO ORDERED.
9 Dated:     January 25, 2012                    /s/ *Michael J. Seng*
   UNITED STATES MAGISTRATE JUDGE