UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS MORAN, | 1:11-cv-914-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING |
| v. | CERTAIN CLAIMS AND DEFENDANTS |
| K. DUTRA, et al., | (ECF No. 12) |
| Defendants. | |

  Plaintiff Nicholas Moran ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On September 21, 2012, the Magistrate Judge filed a Findings and Recommendations, recommending dismissal of certain of Plaintiff's claims and Defendants. (ECF No. 12.) Plaintiff has failed to file objections.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 21, 2012, are adopted in full;
2. Plaintiff be allowed to proceed on his Eighth Amendment inadequate medical care claim against Defendants Ryan and Dedee;
3. Plaintiff be allowed to proceed on his Eighth Amendment excessive force claim against Defendants Dutra and Auten;
4. Plaintiff's claims against Defendants John Does # 1-20 be dismissed; and
5. Defendants John Does #1-20 be dismissed from this action.

IT IS SO ORDERED.

Dated:   October 10, 2012         /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE