1
2
3
4

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12
13

| | |
|---|---|
| NICHOLAS MORAN, | 1:11-cv-914-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING |
| v. | CERTAIN CLAIMS AND DEFENDANTS |
| K. DUTRA, et al., | (ECF No. 12) |
| Defendants. | |
| _____/ | |

14      Plaintiff Nicholas Moran ("Plaintiff") is a prisoner proceeding pro se in a civil rights action

15  pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

16  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

17      On September 21, 2012, the Magistrate Judge filed a Findings and Recommendations,

18  recommending dismissal of certain of Plaintiff's claims and Defendants.  (ECF No. 12.)  Plaintiff

19  has failed to file objections.

20      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this

21  Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

22  Court finds the Findings and Recommendations to be supported by the record and by proper

23  analysis.

24  ///

25  ///

26  ///

27  ///

28

1      Accordingly, IT IS HEREBY ORDERED that:

2          1.     The Findings and Recommendations, filed September 21, 2012, are adopted in full;

3          2.     Plaintiff be allowed to proceed on his Eighth Amendment inadequate medical care

4                 claim against Defendants Ryan and Dedee;

5          3.     Plaintiff be allowed to proceed on his Eighth Amendment excessive force claim

6                 against Defendants Dutra and Auten;

7          4.     Plaintiff's claims against Defendants John Does # 1-20 be dismissed; and

8          5.     Defendants John Does #1-20 be dismissed from this action.

9      IT IS SO ORDERED.

10     **Dated:**   **October 10, 2012**            **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE