1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10  NICOLAS MORAN,                                    Case No.  1:11-cv-0914-LJO-MJS PC

11              Plaintiff,                            ORDER REQUIRING PLAINTIFF TO
                                                      SHOW CAUSE WHY DEFENDANT
12        v.                                          DEDEE SHOULD NOT BE
                                                      DISMISSED PURSUANT TO RULE
13  K. DUTRA, et al.,                                 4(M)

14              Defendants.                           (ECF No. 32)

15  _____/        THIRTY-DAY DEADLINE

16

17

18        Plaintiff Nicolas Moran ("Plaintiff"), a state prisoner proceeding pro se and in forma

19  pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 7, 2011.  The

20  action proceeds on Plaintiff's First Amended Complaint against Defendants Auten,

21  Dedee, Dutra, and Ryan.

22        Defendants Auten, Dutra, and Ryan waived service and entered appearances in

23  the action.  However, the Marshal was not able to locate Defendant Dedee and service

24  was returned un-executed on July 29, 2013.

25        Rule 4(m) of the Federal Rules of Civil Procedure provides:

26        If a defendant is not served within 120 days after the complaint is filed, the
          court - on motion or on its own after notice to the plaintiff - must dismiss the
27        action without prejudice against that defendant or order that service be
          made within a specified time.  But if the plaintiff shows good cause for the
28        failure, the court must extend the time for service for an appropriate period.

1

2      In cases involving a plaintiff proceeding in forma pauperis, the Marshal, upon order

3  of the Court, shall serve the summons and the complaint.  28 U.S.C. § 1915(d); Fed. R.

4  Civ. P. 4(c)(3).  "[A]n incarcerated pro se plaintiff proceeding in forma pauperis is entitled

5  to rely on the U.S. Marshal for service of the summons and complaint and [he] should not

6  be penalized by having his action dismissed for failure to effect service where the U.S.

7  Marshal or the court clerk has failed to perform his duties."  Walker v. Sumner, 14 F.3d

8  1415, 1422 (9th Cir. 1994) (internal quotations and citation omitted), abrogated on other

9  grounds by Sandin v. Connor, 515 U.S. 472 (1995).  "So long as the prisoner has

10  furnished the information necessary to identify the defendant, the marshal's failure to

11  effect service is automatically good cause. . . ."  Walker, 14 F.3d at 1422 (internal

12  quotations and citation omitted).

13      However, where a pro se plaintiff fails to provide the Marshal with accurate and

14  sufficient information to effect service of the summons and complaint, the Court's sua

15  sponte dismissal of the unserved defendants is appropriate.  Walker, 14 F.3d at 1421-22.

16      At this juncture, the Marshal's Office has exhausted the avenues available to it to

17  locate and serve Defendant Dedee.[1]  Walker, 14 F.3d at 1421-22.  Accordingly, Plaintiff

18  shall  show cause why Defendant Dedee should not be dismissed.  Fed. R. Civ. P. 4(m).

19  If Plaintiff either fails to respond to this order or responds but fails to show cause,

20  Defendant Dedee shall be dismissed from the action.

21      Accordingly, based on the foregoing, it is HEREBY ORDERED that:

22      1.      Within **thirty (30) days** from the date of service of this order, Plaintiff shall

23  show cause why Defendant Dedee should not be dismissed from this action; and

24      2.      The failure to respond to this order or the failure to show cause will result in

25  /////

26  /////

27  /////

28

---

[1] The Marshal's Office sought assistance from the prison and the Office of Legal Affairs for the California Department of Corrections and Rehabilitation and still could not locate Defendant Dedee. (ECF No. 32.)

1  the dismissal of Defendant Dedee from this action.

2

3

4

5  IT IS SO ORDERED.

6

7  Dated:   October 9, 2013          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3