# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MORAN, | Case No. 1:11-cv-0914-LJO-MJS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL ASSISTANCE |
| v. | |
| K. DUTRA, et al., | (ECF No. 30) |
| Defendants. | |

Plaintiff Nicolas Moran ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 7, 2011. The action proceeds on Plaintiff's First Amended Complaint against Defendants Auten, Dedee, Dutra, and Ryan.

Defendants Auten, Dutra, and Ryan waived service and entered appearances in the action. The United States Marshal was not able to locate Defendant Dedee and service was returned un-executed on January 7, 2013. (ECF No. 21.) The Court ordered the California Department of Corrections and Rehabilitation ("CDCR") to provide additional contact information for Defendant Dedee (ECF No. 31), but the United States Marshal was again unable to locate that Defendant and the summons was returned unexecuted on July 29, 2013 (ECF No. 32).

Plaintiff has filed a motion for judicial assistance, alleging that Pleasant Valley

State Prison was withholding contact information for Defendants Dedee and Ryan. (ECF No. 30.) Plaintiff asks that the Court appoint a private investigator to locate these parties. (Id.)

Defendant Ryan has since been served. (ECF No. 47.) The Court ordered CDCR to provide additional contact information regarding Defendant Dedee's whereabouts. Nevertheless, the United States Marshal has remained unable to serve this individual.

The Court has exhausted its ability to enable service upon Defendant Dedee. Accordingly, Plaintiff's motion for judicial assistance is DENIED.

IT IS SO ORDERED.

Dated:   March 26, 2014           /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE