1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

NICOLAS MORAN,

        Plaintiff,

    v.

K. DUTRA, et al.,

        Defendants.

CASE NO. 1:11-cv-0914-LJO-MJS (PC)

**ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT ONWUBUYA**

**(ECF No. 95)**

17
18
19
20
21
22

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants Ryan and Onwubuya on Plaintiff's Eighth Amendment inadequate medical care claim, and against Defendants Dutra and Auten on his Eight Amendment excessive force claim. (ECF Nos. 12, 13, & 87.) Defendants Ryan, Dutra, and Auten have appeared in the action and filed a motion for summary judgment. (ECF Nos. 42 & 82.)

23
24

    Defendant Onwubuya was served on October 30, 2014. (ECF No. 95.) She has not filed a responsive pleading. Accordingly, IT IS HEREBY ORDERED that:

25
26

    1.  Defendant Onwubuya show cause, within thirty days from the date of this order, why default should not be entered;

27

    2.  The failure to file a response to this order will result in entry of default;

28

    3.  The issuance of this order operates as an extension of thirty days from the

date of service of this order to respond to the first amended complaint;

4. The Clerk's Office is directed to serve a copy of this order on Tracy S. Hendrickson, Supervising Deputy Attorney General;

5. Defense counsel shall provide the Court with Defendant Onwubuya's last known contact information within **seven days** of the date of this order, so that a copy of this order may be forwarded to Defendant Onwubuya at the address where service was effectuated.

IT IS SO ORDERED.

Dated:   February 9, 2015          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE

2