UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MORAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. DUTRA, et al.,<br><br>　　　　Defendants. | CASE NO. 1:11-cv-00914-LJO-MJS (PC)<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF ECF No. 96 AND THIS ORDER ON DEFENDANT E. ONWUBUYA**<br><br>**MARCH 27, 2015 DEADLINE** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants Ryan and Onwubuya on Plaintiff's Eighth Amendment inadequate medical care claim, and against Defendants Dutra and Auten on his Eighth Amendment excessive force claim. (ECF Nos. 12, 13, & 87.) Defendants Ryan, Dutra, and Auten have appeared in the action. (ECF No. 42.) Defendant Onwubuya was served on October 30, 2014 (ECF No. 95), but has not filed a responsive pleading.

　　　　On February 9, 2015, the Court ordered Defendant Onwubuya to show cause why default should not be entered against her, and ordered defense counsel to provide the Court with Defendant Onwubuya's last known address. (ECF No. 96.)

　　　　The address having been provided, the Clerk's Office is HEREBY DIRECTED to serve a copy of this order and ECF No. 96 on Defendant Onwubuya at her last known

address. The deadline for Defendant Onwubuya to respond to the order to show cause is HEREBY EXTENDED to and including March 27, 2015.

IT IS SO ORDERED.

Dated:   March 6, 2015         /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE