1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    NICOLAS MORAN,                              1:11-cv-0914-LJO-MJS (PC)

12                 Plaintiff,
                                                  ORDER DENYING MOTION FOR
13          v.                                    APPOINTMENT OF COUNSEL

14    K. DUTRA, et al,                            (Document# 112)

15                 Defendant.

16

17          On April 16, 2015, Plaintiff filed a motion seeking the appointment of counsel.

18          Plaintiff does not have a constitutional right to appointed counsel in this action,

19    *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require an

20    attorney to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1), *Mallard v. United*

21    *States District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989).   In

22    certain exceptional circumstances, the Court may request the voluntary assistance of

23    counsel pursuant to section 1915(e)(1).   *Rand*, 113 F.3d at 1525.   However, without a

24    reasonable method of securing and compensating counsel, the Court will seek volunteer

25    counsel only in the most serious and exceptional cases.   In determining whether

26    "exceptional circumstances exist, the district court must evaluate both the likelihood of

27    success of the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in

28    light of the complexity of the legal issues involved."   *Id.* (internal quotation marks and

citations omitted).

In the present case, the Court does not find the required exceptional circumstances.  Even if it is assumed that Plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  This Court is faced with similar cases almost daily.  Further, the Court cannot make a determination that Plaintiff is likely to succeed on the merits, and based on a review of the record in this case, the Court does not find that Plaintiff cannot adequately articulate his claims.  *Id.*

For the foregoing reasons, Plaintiff's motion for the appointment of counsel is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

Dated:   __April 20, 2015__                    __/s/ *Michael J. Seng*__
                                                                    UNITED STATES MAGISTRATE JUDGE