IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOLAS MORAN,** | Case No. 1:11-cv-00914 LJO-MJS |
| Plaintiff, | **ORDER GRANTING MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |
| v. | |
| **K. DUTRA, et al.,** | **(ECF No. 140)** |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. (ECF Nos. 6 & 7.) The action proceeds against Defendant Onwubuya on Plaintiff's Eighth Amendment inadequate medical care claim and against Defendants Dutra and Brockmeyer on Plaintiff's Eighth Amendment excessive force claim. (ECF No. 27.)

Defendant Onwubuya moved for summary judgment based on Plaintiff's failure to exhaust administrative remedies against her. (ECF No. 132.) Findings and recommendations to grant the motion for summary judgment have been submitted to the District Judge. (ECF No. 139.) Defendant moves to modify the discovery and scheduling order to permit the filing of dispositive motions for forty-five days following the District

Judge's ruling on the findings and recommendations, should the District Judge decline to adopt the findings and recommendations.

Good cause having been shown, Defendant Onwubuya's motion is HEREBY GRANTED. The time for filing dispositive motions is hereby extended to and including forty-five (45) days following the service of an order declining to adopt the findings and recommendations, if any such order is issued.

IT IS SO ORDERED.

Dated:   February 23, 2016            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE