UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MORAN,<br>                Plaintiff,<br><br>v.<br><br><br>K. DUTRA,<br>                Defendant. | Case No. 1:11-cv-00914-LJO-MJS  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>Nicolas Moran, CDCR # E-12779, WITNESS<br><br>DATE: Friday, July 1, 2016<br>TIME:  10:00 a.m. |

    Nicolas Moran, inmate, CDCR #E-12779, a necessary and material witness in a settlement conference in this case on Friday, July 1, 2016, is confined at Mule Creek State Prison (MCSP), 4001 Highway 104, Ione, CA 95640, Ione, California, in the custody of the Warden/Sheriff.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Michael J. Seng in Courtroom #6, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California 93721 on Friday, July 1, 2016 at  10:00 a.m.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden OR Sheriff of Mule Creek State Prison (MCSP), 4001 Highway 104, Ione, CA 95640**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   June 15, 2016                                   /s/ *Michael J. Seng*
                                                                                UNITED STATES MAGISTRATE JUDGE