UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS MORAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. DUTRA, et al.,<br><br>　　　　　Defendants. | No.  1:11-cv-00914-LJO-MJS (PC)<br><br>**ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL**<br><br>**(ECF No. 162)** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action brought pursuant to 42 U.S.C. § 1983. On July 1, 2016, the parties filed, pursuant to Federal Rule of Civil Procedure 41(a)(1), a stipulation for voluntary dismissal of the action with prejudice, each party to bear their own costs, fees, or expenses. Pursuant to Rule 41(a)(1)(A)(ii), this case has automatically terminated.

　　　　Accordingly, the Clerk is directed to CLOSE this case pursuant to the parties' stipulation.

IT IS SO ORDERED.

　　Dated:　**July 5, 2016**　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE

1